IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEDRICK LEVELLE PUTNEY, SR.                                                               PLAINTIFF

v.                                      Case No. 1:24-cv-01017

CIRCUIT JUDGE QUINCEY ROSS;
TAD HUNTSMAN; PROSECUTING
ATTORNEY SANDRA BRADSHAW;
PUBLIC DEFENDER TIM LEONARD;
PROSECUTING ATTORNEY FRANK
SPAIN; ALLYSON CARTER; PUBLIC
DEFENDER JOSEPH MANZZATTI, III;
and JUDGE PUNJEUS                                                                          DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 13.  Judge Bryant recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*.  Plaintiff's Second Amended Complaint (ECF No. 12) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge